IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| URLEEN WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:05-cv-00657-B |
| | ) [wo] |
| JOANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Submitted now is the *Defendant's Motion to Reverse and Remand and for Entry of Final Judgment* (Doc. 15, filed Jan. 20, 2006) and the supporting memorandum (Doc. 16). For good cause based upon the Appeal Council's determination that remand is appropriate for additional proceedings before an administrative law judge,[1] and based upon the absence of any objection to the requested remand,[2] it is hereby

**ORDERED** that the *Motion* (Doc. 15 ) is **GRANTED** and the decision of the Commissioner is **REVERSED AND REMANDED,** pursuant to *sentence four* of 42 U.S.C. §405(g) for further administrative proceedings.

---

[1] "Defendant requests remand in light of the fact that significant portions of the hearing testimony were indicated to be inaudible in the transcript of the administrative hearing." Upon receipt of the remand order, the Appeals Council "will remand Plaintiff's case to an ALJ to conduct a new hearing and issue a new decision." (*Def's Mem.* at 1)(Doc. 16).

[2] Plaintiff did not file any response to show cause why the motion should not be granted as directed by this court's January 26, 2006 *Order* (Doc. 17).

The final judgment requested in the supporting memorandum will be entered.[3]

Done this 23rd day of February, 2006.

                    /s/ Delores R. Boyd
                    DELORES R. BOYD
                    UNITED STATES MAGISTRATE JUDGE

---

[3] Entry of the final judgment reversing and remanding this case will begin the appeal period which determines the 30-day period during which time a timely application for attorney fees under the Equal Access to Justice Act may be filed. (*Def's Mem.* at 2).