IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| URLEEN WALKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:05-cv-00657-B |
| | )   [wo] |
| JOANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this day granting the Defendant's motion to remand this case, pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings, it is hereby

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT,** pursuant to Rule 58 of the Federal Rules of Civil Procedure, be, and is hereby, entered in favor of Plaintiff, Urleen Walker, and against the Defendant, Commissioner of Social Security, and that this case be **REMANDED** to the Commissioner  further consideration pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 23rd day of February, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE